# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARDALAN SHERAFATI; and ABDOLHAMID SHERAFATI, | 8:24-cv-02462-DSF-ADSx |
| Plaintiffs, | JUDGMENT |
| v. | |
| MARCO RUBIO, et al., | |
| Defendants. | |

The Court having granted a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed without leave to amend at this time and without prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: March 31, 2025

_____
Dale S. Fischer
United States District Judge